**Order entered October 13, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01425-CV

**ALBERT MORRIS AND TILDA MORRIS, ET AL., Appellants**

**V.**

**UNIFIED HOUSING FOUNDATION INC., ET AL., Appellees**

**On Appeal from the 14th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-15358**

## ORDER

We **GRANT** the October 10, 2014 second unopposed extension motion of appellees Unified Housing Foundation, Inc., Unified Housing of Inwood, LLC d/b/a Inwood on The Park Apts., and Sunchase American, Ltd. and **ORDER** their brief be filed no later than October 17, 2014. No further extensions will be granted absent exigent circumstances.


/s/     ADA BROWN
          JUSTICE